# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTIS LOBDELL and DANIELLE LOBDELL, husband and wife; and the marital community comprised thereof,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SPOKANE, CITY OF AIRWAY HEIGHT, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS OFFICER FLAVEL, AIRWAY HEIGHTS OFFICER BRIAN NEWMAN,<br><br>Defendants. | NO.<br><br>COMPLAINT<br>FOR DAMAGES |

COME NOW Plaintiff CURTIS LOBDELL and DANIELLE LOBDELL, by and through their attorney, Douglas D. Phelps of Phelps & Associates, P.S., and for cause of action against the above-entitled defendants alleges as follows:

COMPLAINT FOR DAMAGES
(Lobdell v. Spokane County et al...) - Page 1 of 21

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

## I.    INTRODUCTION

1.1    This is a civil action seeking compensatory and punitive damages against the Defendants for committing acts under color of law, depriving the Plaintiff of rights secured by the United States Constitution and the laws of the United States. Defendant, COUNTY OF SPOKANE, CITY OF AIRWAY HEIGHTS, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, AIRWAY HEIGHTS AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICER ROBERT SEAN, AIRWAY HEIGHTS AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS AIRWAY HEIGHTS OFFICER FLAVEL, and AIRWAY HEIGHTS OFFICER BRIAN NEWMAN, while acting in their capacity as employees of the County of Spokane and City of Airway Heights, acted to and did in fact deprive the Plaintiff of his constitutional rights.

1.2    Additionally, the acts of the County of Spokane, Spokane County Sheriff Ozzie Knezovich, and City of Airway Heights violated the Plaintiff's rights pursuant to the United States Constitution, 42 U.S.C. § 1983 and 1988, under the Civil Rights Act of 1971 and common law.

1.3    The Plaintiffs home was searched without the authority of law.

1.4    The Defendants conspired, decided, and acted in concert to conduct the search without a search warrant recognizing this was a violation of the Plaintiffs 4th and 14th Amendment Rights.

1.5    The Plaintiff suffered injury after he was arrested without the authority of law based upon evidence obtained in violation of his constitutional rights.

## II.    JURISDICTION & PARTIES

COMPLAINT FOR DAMAGES
(Lobdell v. Spokane County et al...) - Page 2 of 21

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslaw1.com

2.1    This action is brought pursuant to 42 U.S.C. § 1983 and 1988, under the Civil Rights Act of 1971, alleging that the Defendants acted under the color of law, depriving the Plaintiff of his rights, privileges, and immunities as guaranteed by the Fourth, Firth, Eight and Fourteenth Amendments to the United States Constitution.

2.2    This Court has jurisdiction of this cause under 28 U.S.C. § 1331 and 1343 and 42 U.S.C. § 1983.

2.3    All acts and omissions complained of occurred in the Eastern District of Washington.

2.4    Plaintiff CURTIS LOBDELL, at all times material hereto, is and was a resident of City of Airway Heights, Spokane County, State of Washington.

2.5    Defendant COUNTY OF SPOKANE is a governmental entity organized under the Revise Code of Washington and located in Spokane County, State of Washington.

2.6    Defendant SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, at the time of the incident alleged in this complaint, was the Sheriff for the Spokane County Sheriff's Department.

2.7    Defendants SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI and SPOKANE COUNTY SHERIFF DEPUTY GUNTER were duly appointed sheriff's deputies of the Spokane County Sheriff's Department and are believed to have been residents of Spokane County, State of Washington at the time of the acts described below.

2.8    Defendant AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, at the time of the incident alleged in this complaint, was the Chief of Police for the City of Airway Heights Police Department.

2.9    Defendants AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS OFFICER FLAVEL, and

COMPLAINT FOR DAMAGES
(Lobdell v. Spokane County et al...) - Page 3 of 21

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

AIRWAY HEIGHTS OFFICER BRIAN NEWMAN were duly appointed police officers of the Airway Heights Police Department and are believed to have been residents of Spokane County, State of Washington at the time of the acts described below.

2.10   All defendants are believed to reside in Spokane County, Washington and were actors in actions constituting the violations occurring in the Eastern District of Washington.

2.11   The venue is proper in the Eastern District of Washington under 28 U.S.C. § 1391 in that the Defendants and Plaintiff resided in, and the cause of action arises in, the Eastern District of Washington.

## III.    FACTS

3.1   On or about February 24, 2020, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH responded to the residence of CURTIS LOBDELL and DANIELLE LOBDELL located at 2011 S. Craig Road #52 in the CITY OF AIRWAY HEIGHTS.

3.2   Prior to AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH arriving, dispatch advised CURTIS LOBDELL and DANIELLE LOBDELL had an argument, Mr. Lobdell was intoxicated, and allegedly displayed a gun. Mrs. Lobdell left the house while her two children remained in the home with their father (Mr. Lobdell).

3.3   AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH went to the door of the home and demanded CURTIS LOBDELL come out of the house.

3.4   CURTIS LOBDELL exited the house with his hands above his head, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH ordered CURTIS LOBDELL to face the house and get on his knees.

3.5   AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH confirmed with CURTIS LOBDELL that there was nobody else in the house other than the

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

children.

3.6   CURTIS LOBDELL followed all instructions that were given and was placed into handcuffs by AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH.

3.7   AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH escorted CURTIS LOBDELL to the patrol car and placed CURTIS LOBDELL in the back seat of the patrol car.

3.8   AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH asked CURTIS LOBDELL "where the gun was" as he questioned, the handcuffed CURTIS LOBDELL in the back of the squad car.

3.9   CURTIS LOBDELL denied having a gun and stated that there was no gun in the house.

3.10  DANIELLE LOBDELL advised law enforcement that the only people inside the house were her husband, CURTIS LOBDELL, and her two children.

3.11  SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER FLAVEL, AIRWAY HEIGHTS OFFICER LANGAN and AIRWAY HEIGHTS OFFICER BRIAN NEWMAN did not reasonably believe that there was a dangerous individual in the house as law enforcement officers had detained and removed CURTIS LOBDELL from the home.

3.12  SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER FLAVEL, AIRWAY HEIGHTS OFFICER LANGAN and AIRWAY HEIGHTS OFFICER BRIAN NEWMAN entered the house of CURTIS LOBDELL and DANIELLE LOBDELL to perform a "protective sweep" (a quick and limited search of premises, incident to an

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslaw1.com

arrest and conducted to protect the safety of police officers or others) and to check the welfare of the children.

3.13    SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER FLAVEL, AIRWAY HEIGHTS OFFICER LANGAN and AIRWAY HEIGHTS OFFICER BRIAN NEWMAN performed the "protective sweep" not to locate a dangerous individual but to locate the firearm. Searching for a firearm is not a quick and limited search of the premises, making the "protective sweep" a violation of CURTIS LOBDELL and DANIELLE LOBDELL's constitutional rights by misapplying and abusing the contours of the "protective sweep".

3.14    DANIELLE LOBDELL was allowed to enter the residence after it had been searched by the Officers.

3.15    AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH contact DANIELLE LOBDELL in the children's bedroom and asked her to step out into the living room to talk.

3.16    DANIELLE LOBDELL advised AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH that they have been having marital problems and the following occurred: (paragraph 3.1 to 3.27).

3.17    DANIELLE LOBDELL got off work and noticed that there was an empty bottle of Jamieson Whiskey on the kitchen counter and found CURTIS LOBDELL to be intoxicated.

3.18    CURTIS LOBDELL confronted DANIELLE LOBDELL and started to question her, following her around the house asking her questions, making gestures across his neck, and threatening to take her to court to take the children away from her.

3.19    DANIELLE LOBDELL told CURTIS LOBDELL to leave her alone and let

COMPLAINT FOR DAMAGES
(Lobdell v. Spokane County et al...) - Page 6 of 21

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

her go to bed and DANIELLE LOBDELL entered into the children's bedroom to avoid CURTIS LOBDELL in hopes that he would not wake up the children.

3.20   CURTIS LOBDELL entered into the children's bedroom, standing over DANIELLE LOBDELL and demanded her cell phone.

3.21   DANIELLE LOBDELL refused, and CURTIS LOBDELL grabbed her wrists and demanded her cell phone again.

3.22   CURTIS LOBDELL exited the children's bedroom and went into their bedroom and DANIELLE LOBDELL thought she had heard the cocking/loading of a gun.

3.23   DANIELLE LOBDELL went to their bedroom and found CURTIS LOBDELL standing with his hands behind his back with an empty gun case on the bed.

3.24   DANIELLE LOBDELL walked out of the bedroom and went to the kitchen intending to leave the house.

3.25   CURTIS LOBDELL followed DANIELLE LOBDELL with his hands still behind his back. DANIELLE LOBDELL attempted to leave the house, but CURTIS LOBDELL was right behind her and slammed the door closed.

3.26   DANIELLE LOBDELL shoved CURTIS LOBDELL away from the door and left the house waiting for the police.

3.27   DANIELLE LOBDELL never saw any firearm but believed CURTIS LOBDELL was in possession of a firearm.

3.28   AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH asked DANIELLE LOBDELL if she knew where the firearm was currently and Ms. Lobdell escorted AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH to their bedroom and said that the last place that she saw the gun case was on top of a storage tote near the bed.

3.29   AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH searched the

COMPLAINT FOR DAMAGES
(Lobdell v. Spokane County et al...) - Page 7 of 21

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

surrounding area for the firearm but could not find anything.

3.30 AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH exited the house and approached CURTIS LOBDELL in the patrol car. AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH read CURTIS LOBDELL his rights and CURTIS LOBDELL said that he understood his rights and did not want to speak with him without an attorney.

3.31 AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH entered into the house and found DANIELLE LOBDELL in the children's bedroom.

3.32 AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH talked to Mrs. Lobdell about the incident when her son, William, stated he saw CURTIS LOBDELL following his mom while holding a gun and her daughter, Faith, stated she thought she heard the sound of a gun being loaded too.

3.33 AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH believed he had enough evidence to arrest CURTIS LOBDELL for Felony Harassment Threats to Kill DV.

3.34 AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH was not aware that at that time that CURTIS LOBDELL was a convicted felon.

3.35 Alleging a false community care function and duty to protect the children, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH request to have SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS OFFICER FLAVEL, AIRWAY HEIGHTS OFFICER BRIAN NEWMAN, and JOHN/JANE DOE 1-10 do a search for the loaded firearm.

3.36 In body cam videos Officer Patrick Carbough and Deputy Giacomini can be heard discussing that the search was a violation of the Plaintiff's rights but decided they will go forward with the search in violation of the Plaintiff's rights.

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

3.37    AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH contact CURTIS LOBDELL again and advised him of the situation and concerns about a loaded gun in the house with children present. AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH violated Mr. CURTIS LOBDELL's Fifth Amendment Rights and questioned MR. CURITS LOBDELL without any attorney being present.

3.38    AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH asked CURTIS LOBDELL where the firearm was and MR. CURTIS LOBDELL again denied owning or having any firearm in the house.

3.39    SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI advised AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH he located the firearm in CURTIS LOBDELL and DANIELLE LOBDELL's bedroom.

3.40    On the bed of DANIELLE LOBDELL and CURTIS LOBELL was an unlocked metal camo gun case, inside was an unloaded black Astra 9mm pistol, 9mm ammo and magazines, .380 ammo and magazines, and .270 rifle ammo and magazine.

3.41    SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI advised AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH that the gun case was unlocked under their bed.

3.42    AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH walked out of the house and was advised by AIRWAY HEIGHTS OFFICER LANGAN who advised that CURTIS LOBDELL was a convicted felon. AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH requested dispatch to provide a copy of his criminal history.

3.43    AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH arrested CURTIS LOBDELL with Felony Harassment Threats to Kill DV and Unlawful Possession of a Firearm 1st. CURTIS LOBDELL was transported to the Spokane County Jail.

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

3.44    CURTIS LOBDELL was ultimately charged with assault 2nd degree with a deadly firearm and unlawful possession of a firearm 1st degree.

3.45    Ultimately all charges against CURTUS LOBDELL were dismissed except for one count of gross misdemeanor harassment, DV to which Mr. CUTIS LOBDELL pled guilty.

## IV. CAUSE OF ACTION FOR NEGLIGENT TRAINING, RETENTION, AND SUPERVISION

Plaintiffs CURTIS LOBDELL and DANIELLE LOBDELL re-alleges and incorporates paragraph 3.1 to 3.45 as paragraphs 4.1 to 4.45.

4.46    That Defendants COUNTY OF SPOKANE, CITY OF AIRWAY HEIGHTS, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, and AIRWAY HEIGHT POLICE CHIEF BRAD RICHMOND are liable for the actions of their employees for failing to train said employees in procedures involving police searches, protecting citizens 4th and 5th Amendment Rights in interactions with citizens, and training to prevent the unlawful, questioning, search, and seizure resulted in the injury to CURTIS LOBDELL and DANIELLE LOBDELL.

4.47    That as a result of the actions or inactions of the employees of SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, COUNTY OF SPOKANE, AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, and CITY OF AIRWAY HEIGHTS, CURTIS LOBDELL and DANIELLE LOBDELL suffered and continues to suffer injury.

4.48    That SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, COUNTY OF SPOKANE, AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, and CITY OF AIRWAY HEIGHTS failed to adequately and fully train law enforcement officers, on observing constitutional rights of citizens resulting in the injury of CURTIS LOBDELL and DANIELLE LOBDELL.

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

4.49    That as a result of the negligent training, CURTIS LOBDELL and DANIELLE LOBDELL suffered and continues to suffer injury.

4.50    That Defendants SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, COUNTY OF SPOKANE, AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND and CITY OF AIRWAY HEIGHTS, are liable for the actions of their employees for failing to supervise said employees in procedures involving police searches, interrogations, and interactions with citizens, which resulted in the injury to CURTIS LOBDELL and DANIELLE LOBDELL.

4.51    That as a result of the actions or inactions of the employees of SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, COUNTY OF SPOKANE, AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, and CITY OF AIRWAY HEIGHTS, CURTIS LOBDELL and DANIELLE LOBDELL suffered and continues to suffer injury.

4.52    That SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, COUNTY OF SPOKANE, AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, and CITY OF AIRWAY HEIGHTS failed to adequately and fully supervise law enforcement officers to avoid violations of citizens constitutional rights, resulting in the injury of CURTIS LOBDELL and DANIELLE LOBDELL.

4.53    That as a result of the negligent supervision, CURTIS LOBDELL and DANIELL LOBDELL suffered and continues to suffer injury.

### V. CAUSE OF ACTION FOR COMMON LAW NEGLIGENCE

Plaintiffs CURTIS LOBDELL and DANIELLE LOBDELL re-alleges and incorporates paragraph 3.1 to 3.45 as paragraphs 5.1 to 5.45.

5.46    That the Defendants COUNTY OF SPOKANE and CITY OF AIRWAY HEIGHTS, including SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH and AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, failed to

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

prevent injury to Plaintiffs CURTIS LOBDELL and DANIELLE LOBDELL in violation of their common law duty to properly train law enforcement staff in how to conduct investigations and protecting citizens 4th, 5th and 14th Amendment Rights.

5.47    That the Defendants COUNTY OF SPOKANE and CITY OF AIRWAY HEIGHTS, including SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH and AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND failed to train law enforcement staff including SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS OFFICER FLAVEL, AIRWAY HEIGHTS OFFICER BRIAN NEWMAN, and JOHN/JANE DOE 1-10 that conducting in three warrantless and unlawful searches were a violation to Mr. Lobdell's Forth Amendment of the United States Constitution and Article 1,, Section 7 of the Washington State Constitution.

5.48    AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS OFFICER FLAVEL, AIRWAY HEIGHTS OFFICER BRIAN NEWMAN, and JOHN/JANE DOE 1-10 acted with negligent and reckless disregard by failing to obtain a valid search warrant to protect CURTIS LOBDELL and DANIELLE LOBDELL's Fourth and 14th Amendment Right.

5.49    That the Defendants COUNTY OF SPOKANE and CITY OF AIRWAY HEIGHTS, including SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH and AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND failed to train law enforcement staff including SPOKANE COUNTY SHERIFF DEPUTY

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

GIACOMINI, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICER ROBERT SWAN, AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS OFFICER FLAVEL, AIRWAY HEIGHTS OFFICER BRIAN NEWMAN, and JOHN/JANE DOE 1-10 that continuously interrogating CURTIS LOBDELL after invoking his right to remain silent and requesting legal counsel in violation of CURTIS LOBDELL Fifth Amendment Rights.

## VI. CAUSE OF ACTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW PURSUANT TO 42 USC 1983 (THE CIVIL RIGHTS ACT)

Plaintiffs CURTIS LOBDELL and DANIELLE LOBDELL re-alleges and incorporates paragraph 3.1 to 3.45 as paragraphs 6.1 to 6.45.

6.46    The Defendants caused or failed to prevent injury to CURTIS LOBDELL and DANIELLE LOBDELL in violation of his rights under 42 USC 1983.

6.47    The Defendants failed to properly investigate the crime against CURTIS LOBDELL, causing violation to CURTIS LOBDELL and DANIELLE LOBDELL's rights and causing damages to be sustained.

6.48    That the Defendants SPOKANE COUNTY. SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, CITY OF AIRWAY HEIGHTS, and AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND by custom, policy, or practice caused the injury to CURTIS LOBDELL and DANIELLE LOBDELL.

6.49    As a result of the deprivations and violations to CURTIS LOBDELL and DANIELLE LOBDELL's rights, CURTIS LOBDELL and DANIELLE LOBDELL suffered and continues to suffer injury and as a result of failing to properly investigate a crime, protect citizens 4th and 5th Amendment Rights, and using improper search and seizure techniques, including but not limited to

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslaw1.com

psychological and emotional damages.

6.50    CURTIS LOBDELL was arrested and charged with Felony Harassment Threats to Kill DV and Unlawful Possession of a Firearm 1st degree was without cause and was partly due to the illegal interrogation, warrantless search and seizure performed by law enforcement officers.

6.51    Despite this, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, and SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI use of unlawful interrogation, search and seizure methods of CURTIS LOBDELL and DANIELLE LOBDELL and continuous interrogation of CURTIS LOBDELL in violation of the Fourth and Fifth Amendment to the United States Constitution.

6.52    AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, and SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI unlawfully search and seizure of CURTIS LOBDELL and DANIELLE LOBDELL's residence without proper consent from CURTIS LOBDELL in violation of the Fourth Amendment of the United States Constitution.

6.53    AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, and SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI unlawfully searched without reasonable, probable cause of permission from CURTIS LOBDELL in violations of the Fourth, Fifth, and Fourteenth Amendment to the United States Constitution.

6.54    As a result of the actions or inactions of SPOKANE COUNTY SHERIFF DEPUTY GUNTER, SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICE ROBERT SWAN, AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS OFFICER FLAVEL, and AIRWAY HEIGHTS OFFICER BRIAN NEWMAN, CURTIS LOBDELL and DANIELLE LOBDELL suffered

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

and continues to suffer injury, including but not limited to injures that are psychological and emotional stress.

## VII. CAUSE OF ACTION FOR VIOLATION OF PLAINTIFF'S CONSTITUTIONAL RIGHTS PURSUANT TO THE CONSTITUTION OF THE UNTIED SATES AND THE WASHINGTON STATE CONSTITUTION

Plaintiffs CURTIS LOBDELL and DANIELLE LOBDELL re-alleges and incorporates paragraph 3.1 to 3.45 as paragraphs 7.1 to 7.45.

7.46    The Defendants acted with reckless and callous indifference to CURTIS LOBDELL and DANIELLE LOBDELL's rights and failed to prevent injury to CURTIS LOBDELL, which was a violation of his rights pursuant to Article 1 Section 7 of the Washington State Constitution, Fourth, Fifth, and Fourteenth Amendments to the Constitution of the United States.

7.47    That SPOKANE COUNTY, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, and CITY OF AIRWAY HEIGHTS by custom, police, or practice caused the deprivation of the rights of CURTIS LOBDELL and DANIELLE LOBDELL by continually using illegal search and seizure practices including "protective sweep", consent, and community caretaking depriving the Plaintiffs of their constitutional rights.

7.48    That as a result of the violation to CURTIS LOBDELL and DANIELLE LOBDELL's Washington State and United States Constitutional Rights, CURTIS LOBDELL and DANIELLE LOBDELL suffered and continues to suffer injury as a result of his detainment and injuries.

## VIII. CAUSE OF ACTION FOR *MONELL* LIABILITY

COMPLAINT FOR DAMAGES
(Lobdell v. Spokane County et al...) - Page 15 of 21

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

Plaintiffs CURTIS LOBDELL and DANIELLE LOBDELL re-alleges and incorporates paragraph 3.1 to 3.45 as paragraphs 8.1 to 8.45.

8.46    The acts including failure to investigate, protect citizens 5th Amendment, and use proper search and seizure methods or failures to act of the above individually names Defendants, acting under the color of state law, deprived CURTIS LOBDELL of his rights to be free from unreasonable seizure in violation of the Fourth and Fourteenth Amendment of the United States Constitution and free from interrogation after invoking his right to remain silent in violation of the Fifth and Fourteenth Amendment of the United States Constitution, made applicable to the states through the Fourteenth and Fifth Amendment of the United States Constitution.

8.47    The training policies of CITY OF AIRWAY HEIGHTS, SPOKANE COUNTY, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, and AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND, were not adequate to prevent violations of law by its police officers or to train its police officers to handle the usual recurring situations with which they must deal and failing to obtain a search warrant.

8.48    CITY OF AIRWAY HEIGHTS, SPOKANE COUNTY, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, and AIRWAY HEIGHTS POLICE CHIEF BRAD RICHMOND were deliberately indifferent to the substantial risk that its policies were inadequate to prevent violations of law by its employees who do not properly use search and seizure methods, including "protective sweep", consent, and community caretaking and for not protecting citizen Miranda Rights for the known or obvious consequences of tis failure to train its police officers to handle the usual and recurring situations with which they must deal.

8.49    The failure of CITY OF AIRWAY HEIGHTS, SPOKANE COUNTY, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, and AIRWAY

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

HEIGHTS POLICE CHIEF BRAD RICHMOND to prevent violations of law by its police officer and to provide adequate training to its police officers caused the deprivation of CURTIS LOBDELL and DANIELLE LOBDELL's rights by CITY OF AIRWAY HEIGHTS, SPOKANE COUNTY, and AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, including SPOKANE COUNTY SHERIFF DEPUTY GUNTER; that is, SPOKANE COUNTY and CITY OF AIRWAY HEIGHTS failures to precent violations of law by its officers and failures to train its officers is so closely related to deprivations of CURTIS LOBDELL and DANIELLE LOBDELL's rights as to be the moving force of the unreasonable seizure and interrogation of Mr. CURTIS LOBDELL.

8.50    As a result of the violations of the constitutional standards set forth herein, CURTIS LOBDELL was arrested and charged with a felony. CURTIS LOBDELL, suffered and continues to suffer injury as a result, including but not limited to psychological and emotional injuries. The extent of damages will be fully proven at trial.

8.51    Plaintiff was required to hire attorneys to represent him in this matter and is entitled to an award of reasonable attorneys' fees and costs pursuant to 42 U.S.C. §1988.

8.52    Plaintiff has suffered other damages including emotional and psychological due to Defendant's violations of Plaintiff's rights.

### IX. CAUSE OF ACTION FOR MALICIOUS PROSECUTION

Plaintiffs CURTIS LOBDELL and DANIELLE LOBDELL re-alleges and incorporates paragraph 3.1 to 3.45 as paragraphs 9.1 to 9.45.

9.46    CURTIS LOBDELL and DANIELLE LOBDELL have been subjected to criminal prosecution by SPOKANE COUNTY, CITY OF AIRWAY HEIGHTS, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, and AIRWAY

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslaw1.com

HEIGHTS POLICE CHIEF CARBAUGH, for Felony Harassment Threats to Kill DV and Unlawful Possession of a Firearm 1st degree.

9.47    The CITY OF AIRWAY HEIGHTS, SPOKANE COUNTY, SPOKANE COUNTY SHERIFF DEPUTY GUNTER, SPOKANE COUNTY SHERIFF DEPUTY GIACOMINI, AIRWAY HEIGHTS OFFICER PATRICK CARBAUGH, AIRWAY HEIGHTS OFFICE ROBERT SWAN, AIRWAY HEIGHTS OFFICER LANGAN, AIRWAY HEIGHTS OFFICER FLAVEL, and AIRWAY HEIGHTS OFFICER BRIAN NEWMAN conspired to prosecute CURTIS LOBDELL for crimes, that were not properly investigated leading to the Plaintiff to be charged for these crimes in violation of his constitutional rights.

9.48    CURTIS LOBDELL has incurred damages as a result of these allegations in terms of damages to his reputation and has incurred attorney's fees and costs in defending from these claims.

## X. RELIEF SOUGHT

WHEREFORE, the Plaintiff prays for judgment against the Defendants, jointly and severally, in an amount that will fairly compensate the Plaintiff for all damages sustained, costs, and reasonable attorneys' fees and costs, interest calculated at the maximum amount allowable by the law, and any other relief the Court deems just, including but not limited to:

10.1    Past and future medical expenses
10.2    Past and future emotional and psychological counseling costs
10.3    Past and future loss of earnings
10.4    Permanent and partial impairment of earnings and earning capacity
10.5    Pain and suffering
10.6    Past and future permanent and partial disability
10.7    Loss of enjoyment of life
10.8    Past and future special damages

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslaw1.com

10.9  Interest calculated at the maximum amount allowable by law, including prejudgment interest

10.10  Injunctive relief to prevent future actions to protect others similarly situated

10.11  Injunctive relief requiring additional training for all defendants regarding The Fourth, Fifth, and Fourteenth Amendment Rights of citizens.

10.12  Punitive damages

10.13  Actual or compensatory damages

10.14  Nominal damages

10.15  Attorneys' fees and cost

10.16  Cost and disbursements herein in an amount to be proven at the time of trial

10.17  Such other relief as the Court believes is equitable and just.

DATED this 6th day of February, 2022.

PHELPS & ASSOCIATES, P.S.

DOUGLAS D. PHELPS, WSBA#22620
2903 N. Stout Road
Spokane, WA 99206
Tel: (509) 892-0467
Fx: (509) 921-0802
phelps@phelpslaw1.com

COMPLAINT FOR DAMAGES
(Lobdell v. Spokane County et al...) - Page 19 of 21

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslaw1.com

STATE OF WASHINGTON         )
                                    : ss

County of Spokane           )

        CURTIS LOBDELL, being first duly sworn on oath, deposes and states:

        I am the named Plaintiff herein; I have read the foregoing Complaint for Damages, I know the contents thereof, and I believe the same to be true and correct.


CURTIS LOBDELL


        SUBSCRIBED AND SWORN TO before me this _3rd_ day of February, 2022.


JULIA CLEMMONS
Notary Public
State of Washington
Commission # 204975
My Comm. Expires Feb 1, 2023

NOTARY PUBLIC for the State of Washington
Residing at _Spokane, WA_
My Commission expires: _2 / 1 / 23_

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com

STATE OF WASHINGTON            )
                                : ss
County of Spokane              )

    DANIELLE LOBDELL, being first duly sworn on oath, deposes and states:
I am the named Plaintiff herein; I have read the foregoing Complaint for Damages, I know the contents thereof, and I believe the same to be true and correct.

_____

DANIELLE LOBDELL

    SUBSCRIBED AND SWORN TO before me this *3rd* day of February, 2022.

> JULIA CLEMMONS
> Notary Public
> State of Washington
> Commission # 204975
> My Comm. Expires Feb 1, 2023

NOTARY PUBLIC for the State of Washington
Residing at *Spokane WA*
My Commission expires: *2/1/23*

COMPLAINT FOR DAMAGES
(Lobdell v. Spokane County et al...) - Page 21 of 21

PHELPS AND ASSOCIATES, PS
Attorneys at Law
2903 N. Stout Rd.
Spokane, WA 99206-4373
(509) 892-0467
Email: phelps@phelpslawl.com